627 A.2d 665

BANQUESOURCE CAPITAL CORPORATION, A NEW JERSEY COR-PORATION, PLAINTIFF–APPELLANT, v. PINE BROOK CARE CENTER, INC., A NEW JERSEY CORPORATION; MARVIN BEINHORN; GERALD M. FRIEDERWITZER, A/K/A GERALD M. FRIED; HIRSCH WOLF; ERIC PANETH; FREEHOLD RE-ALTY ASSOCIATES; PENSION ROAD REALTY; ELIUOHU E. DESSLER AND SURI DESSLER, DEFENDANTS–RESPON-DENTS.

Superior Court of New Jersey
Appellate Division

Submitted April 27, 1993—Decided June 8, 1993.

Before Judges PRESSLER, R.S. COHEN and KESTIN.

*Vincent E. Halleran, Jr.,* argued the cause for appellant.

*Lowenstein, Sandler, Kohl, Fisher & Boylan,* attorneys for respondents (*Kevin Kovacs* on the brief).

PER CURIAM.

We affirm substantially for the reasons stated in the opinion of Hon. Patricia Del Bueno Cleary dated May 11, 1992, and reported at 265 *N.J.Super.* 446, 627 *A.*2d 706.

The factual findings made by Judge Cleary are supported by substantial evidence, and the conclusions of law are sound.

Affirmed.